

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Michael K. O'Leary*
Assistant United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
michael.o'leary@usdoj.gov

main: (973) 645-2700
direct: (973) 353-6086

March 18, 2026

**BY ECF**
Hon. Esther Salas, U.S.D.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

> **Re:** *Llatas-Calle v. Bondi,* **No. 26-cv-1817 (ES)**
> **Request for Extension of Time to Respond**

Dear Judge Salas:

This Office represents Respondents in the above-referenced habeas matter. We write in response to Petitioner's letter requesting "a ruling on release as requested in Petition" (the "Letter"). ECF No. 6. On March 9, 2026, the Court ordered Respondents to file a response to the Letter within two weeks. ECF No. 7. Respondents' response is currently due on March 23, 2026.

Respondents respectfully request a two-week extension to file their response to the Letter. In response to the Letter, Respondents requested documents and recordings from the Executive Office of Immigration Review ("EOIR") to prepare the Respondents' submission. On March 18, 2026, EOIR provided the digital audio recording from Petitioner's bond hearing. Respondents will now need to engage a court reporter to generate a transcript of Petitioner's bond hearing.

In addition, we respectfully submit that good cause exists for this adjournment request. As the Court is aware, this Office is facing an unprecedented volume of emergent immigration habeas petitions. The requested adjournment will allow us to continue to prioritize cases where petitioners have not yet received bond hearings, while still providing the Court and the parties with the benefit of a complete response to the Letter.

Respondents respectfully request until April 6, 2026 to submit their response to the Letter. This is Respondents' first request for an extension. If this proposal is acceptable to the Court, we respectfully request that Your Honor so-order this letter and have the Clerk's Office file it on the docket. Thank you very much for your

consideration of this request.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX[1]
Chief of Staff &
Associate Deputy Attorney General
Special Attorney

By:    /s/ Michael K. O'Leary
MICHAEL K. O'LEARY
Assistant United States Attorney
*Attorneys for Respondents*

cc:    Counsel of record (by ECF)

For good cause shown, and having considered Petitioner's position (D.E. No. 9), Respondents' extension request is **GRANTED**.

_____
**Hon. Esther Salas, U.S.D.J.**
**Dated:** March 20, 2026

_____

[1]    Chief Judge Brann's decision in *United States v. Naviwala*, No. 24-CR-99, and *United States v. Torres*, No. 24-CR-378 (D.N.J. March 9, 2026), which disqualified Jordan Fox from supervising the U.S. Attorney's Office in those two cases, is stayed pending appeal.

2